# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LOUISE KIDD
1015 5th Street, Apt. A
Booneville, Missouri 65233

        Plaintiff,

v.

PFIZER, INC.,
    Serve:  Registered Agent
         CT Corporation
         120 S. Central
         Clayton, MO 63105

        Defendant.

Case No.:  M:06-CV-0293-CRB

MDL No.:  1699

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

Transferred From:
United States District Court
Western District of Missouri
Central Division
Civil Action No.:  05-4335-CV-C-SOW

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Louise Kidd and Defendant Pfizer, Inc. move to dismiss this case without prejudice.  The parties have agreed that each party will bear their own costs and fees in this matter.  Should Plaintiff Louise Kidd or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. she shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

      AND IT IS SO ORDERED.

Dated:  ___June 2, 2006_____



IT IS SO ORDERED

Judge Charles R. Breyer

I SO MOVE:

Rik N. Siro #33908
Althena M. Brackmann #55104
SIRO & MOYER, P.C.
1621 Baltimore Avenue
Kansas City, Missouri 64108
(816) 471-4881
(816) 471-4883 (Fax)
Rsiro@sirolaw.com
Abrackmann@sirolaw.com

Carmen S. Scott #7513
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9430 (Fax)
Cscott@motleyrice.com

*Attorneys for Plaintiff*

I CONSENT:

Stuart M. Gordon
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
(415) 986-5900
(415) 986-8054 (Fax)
Sgordon@gordonrees.com

*Attorneys for Defendant*